PETER LEMMA, Appellant, v. SUSIE LAURINO and IDA VERDILLO, Respondents. — Order reversed on the law and the facts, without costs, and motion denied, without costs. We are of opinion that the plaintiff should have been given a reasonable opportunity to make an application for the appointment of an executor or administrator of the estate of the deceased defendant before canceling the notice of pendency of action pursuant to section 123 of the Civil Practice Act. (See Civ. Prac. Act, § 85.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

McCONIHE REALTY COMPANY, Respondent, v. HENRY SCHARNBERGER, INC., Appellant, Impleaded with MICHAEL GOLDSTEIN and Others, Defendants.— Appeal dismissed, with ten dollars costs and disbursements, on consent of appellant in open court. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

FRANK M. McCURDY Co., INC., Plaintiff, v. WALTER R. BLINN, Appellant; BERNARD GERLA and JOSEPH GERLA, Respondents.— The reargument granted upon appellant's motion withdrawn upon consent in open court. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

FRANK M. McCURDY Co., INC., Plaintiff, v. PAUL P. IHRIG, Appellant; BERNARD GERLA and JOSEPH GERLA, Respondents.— The reargument granted upon appellant's motion withdrawn upon consent in open court. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.